IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SEELETTER DENISE LIVINGSTON, | ) ) ) | |
| Petitioner, | ) ) | 8:17CV8 |
| v. | ) ) | |
| SCOTT FRAKES, Director of the Nebraska Department of Correctional Services, | ) ) ) ) | ORDER |
| Respondent. | ) ) | |

IT IS ORDERED:

(1) The motion to substitute respondent (filing no. 9) is granted.

(2) Henceforth, the style of the case shall be indicated as set forth above.

DATED this 14th day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge